No. 70–164. Police Jury of the Parish of Vermilion *v.* Hebert. Sup. Ct. La. Certiorari granted and judgment reversed. *Cipriano* v. *City of Houma,* 395 U. S. 701; *City of Phoenix* v. *Kolodziejski,* 399 U. S. 204; and *Stewart* v. *Parish School Board of the Parish of St. Charles,* 400 U. S. 884.

No. 70–5078. Latham *v.* Tynan, Commissioner of Motor Vehicles of Connecticut. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bell* v. *Burson,* 402 U. S. 535.